# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

Clifford W. Taylor,
Chief Justice

131293

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SHELLY NOWAK and BRAD NOWAK,
    Plaintiffs-Appellees,

v

SC: 131293
COA: 258688
Oakland CC: 2002-038692-NH

ELAINE K. GANTZ, D.D.S., ELAINE K.
GANTZ, D.D.S., & ASSOCIATES, and
ELAINE K. GANTZ, D.D.S., P.C.,
    Defendants-Appellants.

_____/

On order of the Court, the application for leave to appeal the April 18, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

_____
Clerk

t0122